RCH
F.# 2015R0111

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------X

UNITED STATES OF AMERICA

- against -

HOWARD MORA and
ALAN BUXBAUM,

               Defendants.

------------------------X

~~PROPOSED~~ ORDER

CR 19-425 (KAM)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ryan C. Harris, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
       9/4, 2019

s/Robert M. Levy
_____
HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK