UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                      19-CR-425 (KAM)

HOWARD MORA and
ALAN BUXBAUM,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney F. Turner Buford from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney F. Turner Buford
    United States Attorney's Office (Criminal Division)
    271A Cadman Plaza East
    Brooklyn, NY  11201
    Tel:  (718) 254-6483
    Fax: (718) 254- 6669
    Email: turner.buford@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney F. Turner Buford at the email address set forth above.

Dated: Brooklyn, New York
September 27, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ F. Turner Buford
F. Turner Buford
Assistant U.S. Attorney

cc: Clerk of the Court (KAM)