# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Robert M. Levy__   DATE: __9/24/19__

DOCKET NUMBER: __19CR425(KAM)__   LOG #: __3:35 - 3:44__

DEFENDANT'S NAME: __Howard Mora__
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: __Roger Bernstein__
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A: __Ryan Harris__   CLERK: __SM Yuen__

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ✓ Defendant's first appearance.

✓ Bond set at __$250,000__. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: __Time excluded from 9/24/19 to 10/21/19__